# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chicago & Vicinity Laborers' District Council Pension Fund, et al.

                Plaintiff,

v.

                Case No.: 1:20−cv−04995
                Honorable Robert M. Dow Jr.

Sonoma Construction, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 19, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the notice of voluntary dismissal [19] filed on 2/17/2021, this case is voluntarily dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(i). Telephone conference set for 3/17/2021 is stricken. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.